Patrick T. Derksen (State Bar I.D. No. 023178)
Theodore P. Witthoft (State Bar I.D. No. 021632)
**WITTHOFT DERKSEN, P.C.**
3550 North Central Avenue, Suite 1006
Phoenix, Arizona 85012
Telephone: (602) 680-7332
Facsimile: (602) 357-7476
Email: pderksen@wdlawpc.com
Email: twitthoft@wdlawpc.com

Attorneys for Trustee, Jill H. Ford

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

In re:

CONWELL O. PONATH and CHERYL J. PONATH,

Debtors.

Chapter 7

Case No. 2:22-bk-00304-BKM

**NOTICE OF APPEARANCE**

Pursuant to Federal Bankruptcy Rule 9010(b), Theodore P. Witthoft of the law firm of Witthoft Derksen, P.C., hereby enters his appearance of record for Jill H. Ford, the chapter 7 trustee of this Estate, and hereby requests that he receive copies of all filings in the administrative case, notices of all matters concerning this bankruptcy proceeding, and that he be placed on the master mailing list forthwith, as follows:

> Patrick T. Derksen
> Theodore P. Witthoft
> Witthoft Derksen, P.C.
> 3550 North Central Avenue, Suite 1006
> Phoenix, Arizona 85012
> Telephone (602) 680-7332
> Facsimile (602) 357-7476
> pderksen@wdlawpc.com
> twitthoft@wdlawpc.com

This request encompasses all notices, copies and pleadings referred to in Title 11 of the United States Code, and the Bankruptcy Rules, including, without limitation, notices of any order,

motions, demand, complaints, petitions, pleadings or requests, applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, which affect or seek to affect any interest of this chapter 7 estate.

Please take notice that the undersigned intends that neither this Request for Notices nor any later appearance, pleadings, claim, or suit shall waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) the right to trial by jury in any proceeding so triable in this case, (iii) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupment to which the trustee or this estate are entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Respectfully submitted,

**WITTHOFT DERKSEN, P.C.**

By /s/ Theodore P. Witthoft  #021632
  Patrick T. Derksen
  Theodore P. Witthoft
  Attorneys for Jill H. Ford, Trustee

COPIES of the foregoing were served August 10, 2022 via the
Court's CM/ECF Notification System on all parties that requested notice in this case;
and COPIES were *e-mailed/mailed to the following parties:

*Larry Watson, Esq.
United States Trustee's Office
230 N. First Avenue, Suite 204
Phoenix, Arizona 85003-1706
Larry.Watson@usdoj.gov

*Jill H. Ford
P.O. Box 5845
Carefree, Arizona 85377
Chapter 7 Trustee
jford@trustee.phxcoxmail.com

Conwell O. Ponath
Cheryl J. Ponath
3960 N. 310th Lane
Buckeye, AZ 85396
Debtors

*David Allegrucci
Allegrucci Law Office PLLC
307 N. Miller Rd
Buckeye, AZ 85326
alopllc@aol.com
Attorneys for Debtors

/s/ Aimee Bourassa