Kenneth L. Neeley, 025899
Geoffrey M. Khotim, 019513
Ryan C. Beaumont, 032841
John D. Yohe, 021636
**NEELEY LAW**
1120 S. Dobson Rd., Ste. 230
Chandler, Arizona 85286
Tel: 480.802.4647 | Fax: 480.907.1648
ECF@neeleylaw.com
*Attorneys for Debtor*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>CONWELL O PONATH (deceased)<br><br>and CHERYL J PONATH | Chapter 7<br>Case No.: 2:22-bk-00304-BKM<br><br>**NOTICE OF APPEARANCE** |

Neeley Law Firm, PLC, through counsel undersigned, gives notice of its appearance as attorney of record for Cheryl J. Ponath. It is hereby requested that notices of all proceedings and copies of all pleadings in the above-captioned case be served upon counsel as follows:

> Kenneth L. Neeley
> **Neeley Law Firm, PLC**
> 1120 S Dobson Rd, Suite 230
> Chandler, AZ, 85286
> ecf@neeleylaw.com

DATED: January 30, 2025                                **NEELEY LAW FIRM, PLC**

/s/ *Kenneth L. Neeley*
Kenneth L. Neeley
1120 S. Dobson Rd., Suite 230
Chandler, AZ 85286
*Attorney for Debtor*